Cite as 27 I&N Dec. 475 (A.G. 2018)　　　　　　　Interim Decision #3940

# Matter of M-G-G-, Respondent

*Decided by Attorney General October 12, 2018*

U.S. Department of Justice
Office of the Attorney General

## BEFORE THE ATTORNEY GENERAL

On September 18, 2018, I directed the Board of Immigration Appeals ("Board") to refer this case to me for review of its decision. The named respondent in the case has been removed to Guatemala pursuant to a final order of removal. Given that the respondent is no longer in the United States, I will not review the Board's determination that the respondent was eligible to be released on bond. I remand this case to the Board for any administrative action the Board deems necessary.